PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Haneef Sanders　　　　　　　　　　　　　　　　Cr.: 14-00123-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 324367

Name of Sentencing Judicial Officer:　　THE HONORABLE ESTHER SALAS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2014

Original Offense:　　Unlawful Transport Of Firearms - Etc., 18 U.S.C. Section 922 (g)

Original Sentence: 50 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Gang Associate/Member

Type of Supervision: Supervised Release　　　　　　　　Date Supervision Commenced: 11/15/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.' |
| | During a home visit on August 1, 2019, and prior to providing a urine sample for drug testing, Sanders admitting to using marijuana on July 19, 2019. |

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Sanders and will serve as an official written reprimand. Sanders is a ReNew Court participant and was sanctioned on August 14, 2019, to a loss of two weeks program credit. Additionally, he was verbally reprimanded by Judge Arleo during a ReNew Court session on August 14, 2019. Any further noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

By: Kevin P. Egli
Sr. U.S. Probation Officer
Date: 08/15/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer
Esther Salas, U.S.D.J.
August 16, 2019
Date