PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Haneef Sanders  Cr.: 14-00123-001
PACTS #: 324367

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2014

Original Offense:   Unlawful Transport of Firearms

Original Sentence: 50 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member

Type of Supervision: Supervised Release   Date Supervision Commenced: 11/15/2018

### CASE SUMMARY

On May 25, 2020, Sanders was shot and killed in Newark, New Jersey. This information has been verified with the Newark Police Department, Essex County Prosecutors Office and Sanders' mother. Due to this unexpected event, the probation office respectfully requests that his case be closed at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin P. Egli*

By:   KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

APPROVED:

*Luis R. Gonzalez*   6-16-20
LUIS R. GONZALEZ       Date
Supervising U.S. Probation Officer

Prob 12A – page 2
Haneef Sanders

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Close the case due to the death of the offender on May 25, 2020 (as recommended by the Probation Office)

_____
Hon. Esther Salas, U.S.D.J.
Signature of Judicial Officer

6/16/2020
Date